McDaniel *v.* Plumbe.

———— ○ ◇ • ————

## McDaniel *v.* Plumbe.

A bill of discovery is subject to equity jurisdiction only, and cannot come up for correction of error at law.

Error *to Dubuque District Court.*

*Opinion by* Greene, J.   Assumpsit on a promisory note. Plea, non-assumpsit, and want of consideration.   Judgment for the plaintiff.

So far as the record discloses the proceedings at law we can see no error in them.   But it is alleged that a bill of discovery was filed by the defendant to enable him to secure evidence in support of his plea of no consideration; that the court dismissed this bill and thereby committed error. A bill of discovery could only be entertained on the chancery side of the court; consequently, a decision upon the bill could be adjusted by appeal to this court, but could not be brought by writ of error and corrected as a proceeding at law.   Constitution, Art. 6. § 3; *McPoland* v. *Fitzpatrick*, 1 G. Greene, 543.

As no error is affirmatively shown by the record in this case, the judgment below must be affirmed.

Judgment affirmed.

*T. S. Wilson* and *P. Smith*, for plaintiff in error.
*T. Davis* and *F. E. Bissell*, for defendant.